# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN THE MATTER OF THE )
TAX INDEBTEDNESS OF )
DAVID P. WAKEEN & VICTORIA WAKEEN ) MISC. NO. 8:12-MC-29-T-23TBM
525 RICHARDS AVENUE )
CLEARWATER, FL 33755-5832 )
)
)
)

## ORDER FOR ENTRY ON PREMISES TO EFFECT LEVY

The United States, having filed an application requesting authorization for John W. Shatraw, a Revenue Officer of the Internal Revenue Service, and/or other employees, as designated by the Internal Revenue Service, to enter the premises located at 525 Richards Avenue, Clearwater, FL 33755-5832, in order to seize property in satisfaction of unpaid federal taxes, together with the Revenue Officer's declaration in support of that application, and the Court finding, on the basis of the declaration, that there is probable cause to believe that property or rights to property belonging to David P. Wakeen and Victoria Wakeen which are subject to levy by the United States pursuant to I.R.C. § 6331 are located on or within the premises described, it is

ORDERED that John W. Shatraw and/or other employees, as designated by the Internal Revenue Service, are authorized to enter the premises described and to make such search as is necessary in order to levy and seize, pursuant to 26 U.S.C. § 6331. In making this search and seizure, however, such Revenue Officer and/or other employees are directed to enter the premises described during business hours or the daytime and within 10 days of the date of this order.

IT IS FURTHER ORDERED that if David P. Wakeen and Victoria Wakeen or occupant offers any resistance to the revenue officer and/or other employees, as designated by the Internal Revenue Service, seeking to enter the premises described

5-3

under the authority of this writ, the revenue officer and/or other employees shall withdraw, and may apply to the Court for such further processes as are necessary to enforce the terms of this order including a citation for contempt of this Court.

IT IS FURTHER ORDERED that the Revenue Officer and/or other employees, as designated by the Internal Revenue Service will be escorted by one or more armed escorts from the Office of The Treasury Inspector General For Tax Administration. The purpose of the armed escort is solely to provide protection to the Internal Revenue Service personnel in the performance of their duties.

IT IS FURTHER ORDERED that the Revenue Officer and/or other employees, as designated by the Internal Revenue Service, shall leave a copy of this writ with the person in possession of the premises, and promptly after the entry and seizure, the officers executing this writ shall make their return to this Court with a statement of the time and circumstances of the entry and seizure.

Dated: 3-21-12

BY THE COURT:

_____